An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BAUDELIO DIAZ, AN INDIVIDUAL;
AND MARIA DIAZ, AN INDIVIDUAL,
Appellants,
vs.
ALISHA FELTEN, AN INDIVIDUAL,
Respondent.

No. 62053

FILED

APR 16 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a district court judgment on a short trial jury verdict in a contract action. Eighth Judicial District Court, Clark County; Nancy Allf, Judge.

Appellants argue that the evidence shows the existence of a contract and, in their opening brief, cite to one case that sets forth the elements for contract formation, but they point to nothing in the record that would support that a contract was formed here and that respondent breached it, such that the district court's judgment should be reversed. To the contrary, respondent denied entering into any loan agreement and the jury found in respondent's favor, awarding appellants nothing. In their certificate that no transcripts would be requested, appellants stated that the short trial proceedings were not recorded and that they would be providing an NRAP 9(c) statement of the evidence or proceedings, but they failed to do so. Because no transcript of the short trial was prepared and appellants failed to provide an NRAP 9(c) statement or point to any evidence in the record to support that a contract existed, let alone that one was breached, we presume that the evidence presented at trial supports

15-11486

the short trial jury's decision and the judgment thereon. *Cuzze v. Univ. & Cmty. Coll. Sys. of Nev.*, 123 Nev. 598, 603, 172 P.3d 131, 135 (2007) (explaining that "appellants are responsible for making an adequate appellate record," such that when necessary documentation is missing from the record, the appellate court will presume that the missing items support the trial court's decision). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Nancy Allf, District Judge
        Dorothy J. Kyle, Short Trial Judge
        Thomas Michaelides
        Alisha Felten
        Eighth District Court Clerk